IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| JOE DEIRISH | * |
| *Plaintiff,* | * |
| v. | *   Case No.: 1:23-cv-03148 |
| NORTHWEST HOSPITAL CENTER, et al. | * |
| *Defendants,* | * |

* * * * * * * * * * * * *

## JOINT MOTION TO TEMPORARILY STAY SCHEDULING ORDER

All parties by the undersigned counsel, (hereinafter referred to collectively as the "Parties") request that the court temporarily stay the scheduling order, and state as follows:

1. This matter involves a personal injury claim by Plaintiff Joe Dierish ("Plaintiff"), who asserts that he was injured when riding an elevator at Northwest Hospital in Randallstown Maryland.

2. Plaintiff underwent unrelated hip surgery on April 22, 2025.

3. On April 23, 2025, the Court extended the Scheduling Order Deadlines to accommodate Plaintiff's unrelated hip surgery.

4. Plaintiff has experienced a delay in his treatment and recovery from the unrelated hip surgery.

5. Defendants wish to conduct independent medical evaluations of Plaintiff, specifically to address his claim of injuries to his lower extremities, including allegations of ongoing and permanent injuries.

6. Defendants cannot properly evaluate Plaintiff's alleged injuries when he is recovering from hip surgery.

7. Furthermore, Plaintiff resides in Florida and prefers to limit his travel during his period of recovery.

8. Plaintiff had a medical appointment scheduled for last week that would have provided the Parties with a sense of when he could be examined by defense experts, but that appointment was cancelled and rescheduled for next week.

9. Defendants' rule 26(a)(2) disclosures are due Monday October 13, 2025.

10. Because of the looming deadline, the Parties request a stay of the scheduling order pending additional information concerning Plaintiff's recovery from the unrelated hip surgery.

11. The Parties will provide the Court with a status report within fifteen days, and include in the status report, new proposed deadlines that will permit Plaintiff to properly recover from his surgery and accommodate the Defendants' concern about a proper and fair evaluation of Plaintiff's alleged injuries and limitations.

12. The Parties, therefore, respectfully request that this court temporarily stay the Scheduling Order pending information on Plaintiff's current medical status.

13. If the court grants this motion, the Parties will provide the Court a new status report within 15 days, and will propose a new Scheduling Order with dates.

WHEREFORE, the Parties jointly request that this court temporarily stay the Scheduling Order pending information of Plaintiff's current medical status, and order the Parties to provide the Court with a status report within 15 days.

FERGUSON, SCHETELICH & BALLEW, P.A.

By:   /s/ *Peter J. Basile*
        Peter J. Basile
        Fed. Trial Bar. # 10405
        100 S. Charles Street, Suite 1401
        Baltimore, MD 21201-2725
        (410) 837-2200 (p)
        (410) 837-1188 (f)
        pbasile@fsb-law.com
        *Attorney for Defendant*
        *TK Elevator Corporation*

ERIC T. KIRK

By:   /s/         Eric T. Kirk
        Eric T. Kirk
        Federal Bar No. 29964
        *(signed by Peter Basile w/ permission)*
        1001 N. Calvert
        Suite 401
        Baltimore, MD 21202
        (410) 837-0646
        (888) 898-4381 (f)
        Erickkirk1@gmail.com
        *Attorney for Plaintiff, Joe Deirish*

CHASON, ROSNER, LEARY & MARSHALL, LLC

By:   /s/         Erika Alsid Short
        Erika Alsid Short
        Federal Bar No. 26707
        *(signed by Peter Basile w/ permission)*
        210 Allegheny Avenue, Suite 200
        Towson, Maryland 21204
        (410) 494-3700 (t)
        (410) 583-7001 (f)
        ESHORT@CRLMLAW.COM
        *Attorney for Defendant*
        *Northwest Hospital Center, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of October 2025, a copy of the foregoing Joint Motion to Temporarily Stay Scheduling Order, was filed and served via the Court's e-filing system to all counsel of record.

                    By:    */s/ Peter J. Basile*
                            Peter J. Basile
                            Fed. Trial Bar. # 10405